UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VINCENT YOUNG,<br><br>  Defendant. | NO. ED-CR-09-081-RHW<br><br>**ORDER** |

A pretrial hearing was held on May 18, 2010, in Riverside, California. Defendant was present and represented by Charles Brown. The Government was represented by Daniel Ackerman and Sheri Pym. A jury trial is set for June 15, 2010.

On May 17, 2010, the Government filed a Motion to Amend February 18, 2010 Order to Strike Credibility Findings Against San Bernardino Police Department Officer Gerald Beall and Detective Mark Aranda (Ct. Rec. 72). At the hearing, Defendant indicated that he opposed the request. The Government clarified that it was not seeking to supplement the record for the Motion to Suppress; rather the Government is asking the Court to strike the Court's adverse credibility findings with respect to Officer Beall and Detective Aranda. The Court permitted Defendant to file a response to the Government's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant shall file his response to the Government's Motion to Amend (Ct. Rec. 72) on or before June 17, 2010.

**ORDER** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  order and to provide copies to counsel.
3  **DATED** this 21st day of May, 2010.

5  *s/Robert H. Whaley*
   ROBERT H. WHALEY
6  United States District Judge

C:\Temp\notesFFF692\order3.wpd

**ORDER** ~ 2